UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN CLAIRMONT,<br><br>Defendant. | Case No. 3:23-CR-00030-MMD-CLB<br><br>**ORDER GRANTING IN PART MOTION TO APPOINT GUARDIAN AD LITEM FOR MINOR WITNESSES**<br><br>[ECF Nos. 5, 7] |

Currently pending before the Court is the Government's motion requesting the appointment of counsel for the two minor victims in this case. (ECF Nos. 5, 7.)[1] The Defendant responded, (ECF No. 22), and no reply was filed. On October 16, 2023, the Court held a hearing regarding the motion. (ECF No. 27.)

Based on the information provided in the Government's motion, Defendant's response, and the information provided during the hearing, the Court finds that good cause exists to appoint a guardian ad litem for the minor victim witnesses. "The Court may appoint, and provide reasonable compensation and payment of expenses for, a guardian ad litem for a child who was a victim of, or a witness to, a crime involving abuse or exploitation to protect the best interests of the child." *See* 18 U.S.C. § 3509(h)(1). The Court finds that one attorney shall be appointed to act as a guardian ad litem for the minor victim witnesses and to jointly represent them throughout the pendency of this action. The duties and scope of this appointment shall be consistent with 18 U.S.C. § 3509(h)(2), which states:

> A guardian ad litem may attend all the depositions, hearings, and trial proceedings in which a child participates, and make recommendations to the court concerning the welfare of the child. The guardian ad litem may have access to all reports, evaluations and records, except attorney's work product, necessary to effectively advocate for the child. (The extent of access to grand jury materials is limited to the access routinely provided to

---

[1]   ECF No. 5 is a sealed, unredacted version of the motion to appoint counsel and ECF No. 7 is a redacted version of the motion.

victims and their representatives.) A guardian ad litem shall marshal and coordinate the delivery of resources and special services to the child. A guardian ad litem shall not be compelled to testify in any court action or proceeding concerning any information or opinion received from the child in the course of serving as a guardian ad litem.

Accordingly, **IT IS ORDERED** that the Government's motion, (ECF Nos. 5, 7), is **GRANTED IN PART**, in that one guardian ad litem will be appointed to represent the minor victim witnesses and the scope of that representation shall be consistent with 18 U.S.C. § 3509(h)(2).

**IT IS FURTHER ORDERED** that Cheryl Field-Lang, Esq., is hereby appointed as the guardian ad litem to represent the minor victim witnesses in this case.

**IT IS FURTHER ORDERED** that as a court appointed guardian ad litem pursuant to 18 U.S.C. § 3509(h), the above attorney is entitled reasonable compensation and repayment of expenses. Pursuant to the Criminal Justice Act Handbook, § 320.50.10, any compensation and/or expense requests must be paid out of the Court's decentralized funds. Therefore, the Clerk of Court shall attach a copy of Form SF1034-87c to this order, which counsel is directed to use when submitting any requests for reasonable compensation and/or payment of expenses pursuant to this appointment.

**IT IS SO ORDERED**.

**DATED**: October 16, 2023

_____
UNITED STATES MAGISTRATE JUDGE